BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00238 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| RICKY MARTIN HUERTA, | DATE: December 19, 2014 TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 19, 2014.

2. By this stipulation, parties now move to continue the status conference until January 9, 2015, and to exclude time between December 19, 2014, and January 9, 2015, under Local Code T4. The parties believe that the January 9, 2015, status conference will be a change of plea.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 180 pages of documents and pictures. Discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)     Counsel for defendant desires additional time to consult with his client, review he current charges, review discovery for this matter, and to discuss discovery with his client as it relates to entry of a guilty plea.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 19, 2014 to January 9, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 15, 2014                      BENJAMIN B. WAGNER
                                                           United States Attorney

                                                           /s/ CHRISTIAAN HIGHSMITH
                                                           CHRISTIAAN HIGHSMITH
                                                           Assistant United States Attorney

Dated: December 15, 2014         /s/ RICARDO HERNANDEZ
                                 RICARDO HERNANDEZ
                                 Counsel for Defendant
                                 Ricky Martin Huerta

## [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 18, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3