BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY MARTIN HUERTA,<br><br>Defendant. | CASE NO. 2:14-CR-00238 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: January 9, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 9, 2015.

2. By this stipulation, parties now move to continue the status conference until February 13, 2015, and to exclude time between January 9, 2015, and February 13, 2015, under Local Code T4. The parties believe that the February 13, 2015, status conference will be a change of plea.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and related documents in electronic form, including approximately 180 pages of documents and pictures. Discovery has been either produced directly to counsel and/or made available for inspection and copying.

      a)    Counsel for defendant desires additional time to consult with his client, review the current charges, review discovery for this matter, and to discuss discovery with his client as it relates to entry of a guilty plea. Further, within the last few days, defense counsel has discovered that there may be criminal history with his client that could impact the plea agreement and for this reason additional time is necessary to properly advise the defendant regarding the possible impact to the plea agreement.

      b)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to the continuance.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 9, 2015 to February 13, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 6, 2015                                    BENJAMIN B. WAGNER
                                                          United States Attorney

                                                          /s/ CHRISTIAAN HIGHSMITH
                                                          CHRISTIAAN HIGHSMITH
                                                          Assistant United States Attorney


Dated: January 6, 2015                                    /s/ CHRISTIAAN HIGHSMITH
                                                          (signed with permission of
                                                          RICARDO HERNANDEZ)
                                                          RICARDO HERNANDEZ
                                                          Counsel for Defendant
                                                          Ricky Martin Huerta


### [PROPOSED] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: January 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge