1

2

3

4    Rick Hernandez
     Hernandez Law Offices, LLC
5    P.O. Box 1039
     Sunnyside, WA 98944
6    (509) 837-3184

7    Attorney for Defendant

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO.  2:14-CR-00238-GEB

12                        Plaintiff,         STIPULATION REGARDING CONTINUANCE OF
                                             HEARING ON JUDGMENT AND SENTENCE
13            v.                             [PROPOSED] FINDINGS AND ORDER

14   RICKY MARTIN HUERTA ,                   DATE: June 12, 2015
                                             TIME: 9:00 a.m.
15                        Defendants.        COURT: Hon. Garland E. Burrell, Jr.

16

17                              STIPULATION

18        It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through,

19   Christiaan H. Highsmith, Assistant United States Attorney, and Ricardo Hernandez counsel for

20   Defendant Ricky Martin Huerta, that the hearing on Judgment and Sentence currently set for May 1,

21   2015, be vacated and reset for June 12, 2015 at 9:00 a.m.

22        The continuance of the Judgment and Sentence is necessary because the defense counsel has had

23   conflicts and the PSR interview was recently conducted and additional time is necessary for the PSR

24   report to be completed.

25   Dated:  April 24, 2015                  BENJAMIN B. WAGNER
                                             United States Attorney
26

27                                           /s/ CHRISTIAAN H.HIGHSMITH
                                             CHRISTIAAN H.HIGHSMITH
28                                           Assistant United States Attorney

     STIPULATION RE: CONTINUE SENTENCING;          1
     [PROPOSED] FINDINGS AND ORDER

Dated:  April 24, 2015

HERNANDEZ LAW OFFICE, LLC.
/s/ Ricardo Hernandez
Ricardo Hernandez
Counsel for Defendant
Ricky Martin Huerta


## [PROPOSED] FINDINGS AND ORDER

The court having reviewed the records and files herein and considered the stipulation of the parties,  IT IS HEREBY ORDERED

      1.    The Stipulation for a continuance of Judgment and Sentence is GRANTED. The sentencing presently set for May 1, 2015 is hereby continued to June 12, 2015 at 9:00 a.m.

IT IS SO FOUND AND ORDERED.

Dated:  April 24, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge